Juliana E. Coons, OSB #03291
jecoonsoffice@gmail.com
Juliana E. Coons, P.C.
P.O. Box 72322
Springfield OR 97477
(541) 345-4499
Fax (541) 228-3847
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NICOLE LARSON,** | Civil Action No.  6:13-CV-01096-ST |
| Plaintiff, | |
| v. | |
| Commissioner,<br>Social Security Administration | **ORDER AWARDING EAJA<br>ATTORNEY FEES** |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6455.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920. If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Juliana Coons, 440 E. Broadway, Suite 140, Eugene OR 97401. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. In addition, Plaintiff's attorney is awarded $26.84 in costs, payable directly to her.

DATED this  6  day of  July , 2015.

*Marco Hernández*
United States District Judge

PRESENTED BY:

s/ Juliana E. Coons
JULIANA E. COONS, OSB#03291
(541) 345-4499
Attorney for Plaintiff, Nicole Larson

1    ORDER, Larson v. Commissioner Civ. Act. No. 6:13-CV-01096-ST